**Arthur MCELROY, Appellant,**

v.

**JANSSEN PHARMACEUTICA, INC.; Janssen Pharmaceutica, N.V.; Eli Lilly Pharmaceutical, Co., Appellees.**

**No. 07–2277.**

United States Court of Appeals,
Eighth Circuit.

July 1, 2008.

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

PER CURIAM.

Arthur McElroy appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his pro se products-liability claims against Janssen Pharmaceutica, Inc. and Janssen Pharmaceutica, N.V.[2] Upon de novo review, *see Reis v. Walker,* 491 F.3d 868, 870 (8th Cir.2007), we conclude that dismissal was proper for the reasons stated by the district court.

Accordingly, the judgment is affirmed, *see* 8th Cir. R. 47B, and appellees' pending motion is denied.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

2. McElroy's claim against Eli Lilly Pharmaceutical Company is not at issue in this appeal.